United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHUNEKA E. WHITAKER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2204 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| ACTING COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R") (Dkt. 28) relating to plaintiff Shuneka E. Whitaker's motion for summary judgment (Dkt. 24) and the Commissioner of the Social Security Administration's ("Commissioner") motion for summary judgment (Dkt. 9). The M&R advises that any parties wishing to object to the M&R must do so by March 1, 2016. Dkt. 28 at 73. The court has received no objections. The court, having reviewed the M&R, relevant documents within the record, and the applicable law, and having received no objections, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, Plaintiff's motion for summary judgment (Dkt. 24) is DENIED and Commissioner's motion for summary judgment (Dkt. 9) is GRANTED. Therefore, Commissioner's decision is AFFIRMED.

Signed at Houston, Texas on March 6, 2017

_____
Gray H. Miller
United States District Judge